1124

Andrea D. WILKES, David H. Ehren-
werth and Charles K. Clark, as Trus-
tees of the Mark E. and Myrna L.
Mason Irrevocable Trust, Mark E.
Mason and Myrna L. Mason

v.

PHOENIX HOME LIFE MUTUAL IN-
SURANCE COMPANY, a Corporation
and Balanced Equities, Inc., a Corpo-
ration

Petition of Phoenix Home Life Mutual
Insurance Company, a Corporation.

Supreme Court of Pennsylvania.

April 12, 2005.

## ORDER

PER CURIAM.

AND NOW, this 12th day of April 2005,
the Petition for Allowance of Appeal in the
above captioned matter is **GRANTED**,
limited to the following issues:

Whether, and to what extent, the doc-
trine of *res judicata* bars respondents
from bringing suit in Pennsylvania under
the instant circumstances?

Even assuming that *res judicata* bars
respondents' underlying causes of action,
whether the notice of class action settle-
ment received by respondents was consti-
tutionally adequate to fix respondents'
rights in light of their decision not to opt
out of the out-of-state class action suit?